UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:92-HC-654-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VICTOR B. PERKINS | ) | |
| | ) | |
| | ) | |

This matter is before the court on a <u>pro se</u> motion filed by respondent on 25 May 2010, seeking his "unconditional[] release . . . pursuant to Rule 23(c) of the Federal Rules of Appellate Procedure[.]" That rule is inapplicable to respondent, as it provides that "[w]hile a decision *ordering the release of a prisoner* is under review, the prisoner must . . . be released on personal recognizance . . . ." (emphasis added). There is no pending decision ordering respondent's release, and the motion is DENIED. (<u>See also</u> 9/12/07 Order at 1 n.1 (reaching same conclusion upon respondent's prior motion).)

This 28 May 2010.

_____
W. Earl Britt
Senior U.S. District Judge

usa/vbp/tec