UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 92-HC-654-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VICTOR PERKINS | ) | |
| | ) | |

By order dated 6 November 1992, respondent was committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4246(d). By order filed 22 October 2009, respondent was conditionally released from custody pursuant to 18 U.S.C. § 4246(e). The government filed a motion to revoke respondent's conditional release on 23 February 2010. On 1 June 2010, the court held a hearing on this motion via video-conference technology. In addition, on 28 May 2010, the government filed a motion to file certain mental health reports and records under seal.

For the reasons stated at the conclusion of that hearing, the court finds that respondent has violated the terms of his conditional release and that his continued release would create a substantial risk of bodily injury to another person or serious damage to the property of another. Respondent's conditional release is hereby REVOKED, and it is ORDERED that he be remanded to the custody of the Attorney General for placement in a suitable facility pursuant to 18 U.S.C. § 4246.

Additionally, the government's motion to file under seal is ALLOWED, and pursuant to Fed. R. Civ. P. 5.2(d), L. Civ. R. 79.2, EDNC, and Section T of the court's CM/ECF Administrative Policy Manual, the court ORDERS that the parties file any future forensic evaluations or other psychological or psychiatric documents in this case under seal, whether such reports are produced by government evaluators, independent examiners appointed by order of this court, or other mental health professionals.

This 1 June 2010.

                                                  W. Earl Britt
                                                  Senior U.S. District Judge