UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:92-HC-654-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VICTOR B. PERKINS | ) | |
| | ) | |
| | ) | |

    This matter is before the court on a pro se motion filed by respondent on 10 June 2010, "for a DEFAULT judgment due to respondent's failure to respond to civil action pursuant to 55(d) of the" Federal Rules of Civil Procedure. (6/10/10 Mot. at 1.) It appears that respondent is referring to a pro se motion he filed on 3 May 2010, seeking to "to vacate and dismiss [his] civil commitment[.]" The court denied that motion by order filed 24 May 2010. Accordingly, the instant motion is DENIED.

    This 11 June 2010.

                                                                      W. Earl Britt
                                                                    Senior U.S. District Judge

usa/vbp/tec